## COURT OF APPEALS, FIRST DISTRICT
301 Fannin Street
Houston, Texas 77002-7066

13 JUL '15

RE: Case No. 01-15-00412-CR

Style: Debeyon Patrice Young
v. The State of Texas

On July 13, 2015, the Court today GRANTED court reporter's(s) request for extension of time to file the reporter's record in the referenced cause to and including August 19, 2015.

Christopher A. Prine, Clerk of the Court

T. C. Case # 1388619



Debeyon Patrice Young
SPN #2149913

U.S. POSTAGE >> PITNEY BOWES

$000.34⁰

ZIP 77002
000137210

RETURN
RELEASED FROM
HARRIS COUNTY SHERIFF

